IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

  -v-

$92,550 UNITED STATES CURRENCY,

        Defendant.

---

22-MC 33

### STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

IT IS HEREBY STIPULATED and agreed upon between and among the United States of America by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Melanie J. Bailey, Assistant United States Attorney, of counsel, and, Anthony J. Lana Esq., attorney for Henry Oliver, that pursuant to Title 18, United States Code, Section 983(a)(3)(A), the government's time to file a Verified Complaint for Forfeiture is extended from November 29, 2022 to December 13, 2022.

The parties to this Stipulation further agree that Henry Oliver may revoke his consent in writing to extend the time for the government to file its Verified Complaint for Forfeiture against the above-named properties, and in that event, the government shall then have ten (10) days from the date the government received notice of such action to file its Verified Complaint for Forfeiture.

DATED: Buffalo, New York, ~~November~~ December 6, 2022.

Dated: 12/6/22

BY: _____
MELANIE J. BAILEY
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 5000
Rochester, New York 14614
(716) 843-5863

TRINI E. ROSS
United States Attorney

Dated: 11/28/22

_____
Anthony J. Lana, Esq.
Law Office of Anthony J. Lana, Esq.
484 Delaware Ave.
Buffalo, NY 14202